# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Curtis B. Leiss, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| North Dakota Lottery.gov and | ) | |
| Randy Miller, Director, | ) | Case No. 1:15-cv-121 |
| | ) | |
| Defendants. | ) | |

Plaintiff initiated this action on September 3, 2015, with the submission of an application to proceed *in forma pauperis* and proposed complaint. The court granted the application to proceed *in forma pauperis* but dismissed the complaint pursuant to 28 U.S.C. § 1915(e)(2) for failure to state a cognizable claim.

On September 14, 2015, plaintiff filed what the court construes as a motion for reconsideration. Finding no basis for reversing its previous decision, the court **DENIES** plaintiff's motion (Docket No. 9).

**IT IS SO ORDERED.**

Dated this 16th day of September, 2015.

                                              */s/ Charles S. Miller, Jr.*
                                              Charles S. Miller, Jr., Magistrate Judge
                                              United States District Court