# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Curtis B. Leiss, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| North Dakota Lottery.gov and Randy | ) | |
| Miller, Director, | ) | Case No. 1:15-cv-121 |
| | ) | |
| Defendants. | ) | |

Plaintiff initiated the above-entitled action on September 3, 2015, with the submission of an application to proceed *in forma pauperis* and proposed complaint. The court granted the application but dismissed the complaint pursuant to 28 U.S.C. § 1915(e)(2) for failure to state a cognizable claim.[1] Plaintiff subsequently filed a motion for reconsideration, which the court denied.

On October 1, 2015, plaintiff filed the following:

(1) Notice of his consent to the undersigned's consideration of a "Motion to Stay pending due process of law" (Docket No. 11);

(2) Notice of Lawsuit and Request to Waive Service of a Summons for Defendant Randy Miller (Docket No. 11-1);

(3) a proposed "Final Pretrial Statement" (Docket No. 11-2);

(4) documents captioned "Exhibit 1" and "Exhibit 1A" (Docket Nos. 11-3 and 11-4);[2]

---

[1] A summary of the procedural history of this matter along with a verbatim recitation of plaintiff's claim is contained in the court's September 10, 2015, order of dismissal. (Docket No. 7).

[2] The document captioned "Exhibit 1" reads as follows:

JURISDICTION

Comes now plaintiff Curtis B. Leiss power ball winder of the North Dakota Lottery.gov,

(5) a copy of correspondence he had received from the State Attorney General's Office dated July 20, 2015 (Docket NO. 11-5);

(6) a proposed judgment (Docket No. 11-6);

(7) returns of service signed by Randy Miller and Peggy Brunelle (Docket No. 11-7 and 11-8); and

(8) a copy of a Powerball ticket purchased on September 2, 2015, at 9:49 CDT (Docket No. 12).

As noted above, this case has been dismissed. Consequently, Insofar as plaintiff may be seeking to stay the above-entitled action, his request (Docket No. 11) is deemed **MOOT**.

**IT IS SO ORDERED.**

Dated this 2nd day of October, 2015.

>  */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court

---

Great seal of North Dakota a division of the office located at 1050 E. Interstate Ave. Bismarck, ND 58503.
   As per Office Powerball rules thee Great Seal is an admission of a 5 play 3 draw one line winning Powerplay of powerball ticket. The banking rule is of 70 million U.S. CURRENCY.
   Conclusion, the lottery DIVISION failed to answer thee certified complaint of September 3rd 2015 and as of September 2nd 2015 a cash value is of thee 30 day rule.

(Docket No. 11- 3) (errors in original). The document captioned "Exhibit 1A" reads as follows:

JURISDICTION

   Comes now plaintiff Curtis B. Leiss power ball winner of North Dakota.gov, Great Seal of North Dakota Official 5 play 3 draw one line winner 10, 22, 30, 32, 55 with powerball and power play.
   Conclusion, five white numbers with powerball with powerplay jackpot not included, 70 million dollar winner.
   (6) a copy of a July 20, 2015, letter from the Office of the State Attorney General to plaintiff.

(Docket No. 11-4) (errors in original).